428 A.2d 259

Daily Industries et al., Appellants v. Transport Trailer Service, Inc.

Petition for Allowance of Appeal Denied April 21, 1981.

Argued March 5, 1980.   Delano M. Lantz, for appellants; Ronald M. Katzman, for appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

602

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Judgment affirmed.